FILED

FEB 2 0 2008

Feb 20 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## APPEARANCE FORM FOR PRO SE LITIGANTS
## DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: *Yaodi Hu*

(Please print)

STREET ADDRESS: *219 W. Cermak*

CITY/STATE/ZIP: *Chicago IL 60616*

PHONE NUMBER: *773 216 3173*

CASE NUMBER:
— 08CV1032
JUDGE HOLDERMAN —
MAGISTRATE JUDGE COX

_____          *2/20/08*

Signature                                              Date