AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

Yaodi Hu

Plaintiff

**SUMMONS IN A CIVIL CASE**

V.

Pearl River Piano U.S.A
Al Rich and Bob Saari

CASE NUMBER: 08CV1032
ASSIGNED JUDGE: JUDGE HOLDERMAN
DESIGNATED MAGISTRATE JUDGE: MAGISTRATE JUDGE COX

TO: (Name and address of Defendant)

Pearl River Piano U.S.A
2260 S. Haven Ave  Suite F.
Ontario, CA 91761

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Yaodi Hu
219 W. Cermak Chicago IL 60616

an answer to the complaint which is herewith served upon you within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

NADINE FINLEY

(By) DEPUTY CLERK

DATE  FEB 26 2008