U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                           Case Number: 08 CV 1032
YAODI HU
    v.
PEARL RIVER PIANO, USA, AL RICH and BOB SAARI

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendant, PEARL RIVER PIANO GROUP AMERICA, LTD.
incorrectly sued as PEARL RIVER PIANO, USA

| | |
|---|---|
| NAME (Type or print)<br>DAVID L. KING | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>      s/ David L. King | |
| FIRM<br>KELLY & KING, P.C. | |
| STREET ADDRESS<br>20 North Clark Street, Suite 2900 | |
| CITY/STATE/ZIP<br>Chicago, IL 60602 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>3128899 | TELEPHONE NUMBER<br>312-553-5290 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?      YES ✓   NO ☐ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?    YES ☐   NO ✓ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?      YES ✓   NO ☐ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES ✓   NO ☐ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br><br>RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐ | |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| YAODI HU, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 08 CV 1032 |
| ) | |
| PEARL RIVER PIANO, USA, ) | Judge Holderman |
| AL RICH and BOB SAARI, ) | Magistrate Judge Cox |
| ) | |
| Defendants. ) | |

**CERTIFICATE OF SERVICE**

It is hereby certified that David L. King, an attorney, served a copy of the foregoing APPEARANCE via Federal Express to:

> Yaodi Hu
> 219 W. Cermak
> Chicago, IL 60616

on April 30, 2008 prior to 5:00 p.m.

>                s/ David L. King
>                One of the Attorneys for Defendant
>                PEARL RIVER PIANO GROUP AMERICA, LTD.

David L. King, ARDC No. 3128899
Paul E. Kelly, ARDC No. 1437356
M. Kellett McConville, ARDC No. 6290167
KELLY & KING, P.C.
20 North Clark Street, Suite 2900
Chicago, Illinois 60602
312-553-5290
(Fax) 312-553-5291