U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                  Case Number: 08 CV 1032
YAODI HU
    v.
PEARL RIVER PIANO, USA, AL RICH and BOB SAARI

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendant, PEARL RIVER PIANO GROUP AMERICA, LTD.
incorrectly sued as PEARL RIVER PIANO, USA

| | |
|---|---|
| NAME (Type or print) <br> PAUL E. KELLY | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Paul E. Kelly | |
| FIRM <br> KELLY & KING, P.C. | |
| STREET ADDRESS <br> 20 North Clark Street, Suite 2900 | |
| CITY/STATE/ZIP <br> Chicago, IL 60602 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 1437356 | TELEPHONE NUMBER <br> 312-553-5290 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐  NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑  NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑  NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| YAODI HU, | ) |
|      Plaintiff, | ) ) ) |
| v. | ) Case No. 08 CV 1032 |
| PEARL RIVER PIANO, USA, | ) ) Judge Holderman |
| AL RICH and BOB SAARI, | ) Magistrate Judge Cox |
|      Defendants. | ) ) |

### CERTIFICATE OF SERVICE

It is hereby certified that Paul E. Kelly, an attorney, served a copy of the foregoing APPEARANCE via Federal Express to:

>Yaodi Hu
>219 W. Cermak
>Chicago, IL 60616

on April 30, 2008 prior to 5:00 p.m.

>s/ Paul E. Kelly
>One of the Attorneys for Defendant
>PEARL RIVER PIANO GROUP AMERICA, LTD.

David L. King, ARDC No. 3128899
Paul E. Kelly, ARDC No. 1437356
M. Kellett McConville, ARDC No. 6290167
KELLY & KING, P.C.
20 North Clark Street, Suite 2900
Chicago, Illinois 60602
312-553-5290
(Fax) 312-553-5291