## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of    Case Number: 08 CV 1032
YAODI HU
   v.
PEARL RIVER PIANO, USA, AL RICH and BOB SAARI

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendant, PEARL RIVER PIANO GROUP AMERICA, LTD.
incorrectly sued as PEARL RIVER PIANO, USA

| | |
|---|---|
| NAME (Type or print)<br>M. KELLETT MCCONVILLE | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ M. Kellett McConville | |
| FIRM<br>KELLY & KING, P.C. | |
| STREET ADDRESS<br>20 North Clark Street, Suite 2900 | |
| CITY/STATE/ZIP<br>Chicago, IL 60602 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6290167 | TELEPHONE NUMBER<br>312-553-5290 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐  NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐  NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐  NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| YAODI HU, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 08 CV 1032 |
| ) | |
| PEARL RIVER PIANO, USA, ) | Judge Holderman |
| AL RICH and BOB SAARI, ) | Magistrate Judge Cox |
| ) | |
| Defendants. ) | |

**CERTIFICATE OF SERVICE**

It is hereby certified that M. Kellett McConville, an attorney, served a copy of the foregoing APPEARANCE via Federal Express to:

Yaodi Hu
219 W. Cermak
Chicago, IL 60616

on April 30, 2008 prior to 5:00 p.m.

s/ M. Kellett McConville
One of the Attorneys for Defendant
PEARL RIVER PIANO GROUP AMERICA, LTD.

David L. King, ARDC No. 3128899
Paul E. Kelly, ARDC No. 1437356
M. Kellett McConville, ARDC No. 6290167
KELLY & KING, P.C.
20 North Clark Street, Suite 2900
Chicago, Illinois 60602
312-553-5290
(Fax) 312-553-5291