UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| YAODI HU, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 08 CV 1032 |
| | ) |
| PEARL RIVER PIANO, USA, | ) Judge Holderman |
| AL RICH and BOB SAARI, | ) Magistrate Judge Cox |
| Defendants. | ) ) |

**DEFENDANT PEARL RIVER PIANO GROUP AMERICA, LTD.'S AGREED MOTION FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD**

Defendant PEARL RIVER PIANO GROUP AMERICA, LTD., incorrectly sued as PEARL RIVER PIANO, USA (hereinafter "PEARL RIVER"), by its attorneys, KELLY & KING, P.C., respectfully moves this Court for a 28-day extension of time within which to answer or otherwise plead to the complaint filed in the above captioned case, that is, an extension until May 27, 2008. In support of this motion, Defendant PEARL RIVER states as follows:

1. On or about February 20, 2008, Plaintiff YAODI HU, acting pro se, filed the complaint (the "Complaint") in the above captioned matter against PEARL RIVER. PEARL RIVER received a copy of the Complaint by registered mail on April 14, 2008 at its offices located in Ontario, California.

2. KELLY & KING, P.C. was retained to represent PEARL RIVER in this action on April 25, 2008.

3. Mr. Hu's Complaint alleges that PEARL RIVER has violated his equal rights under 41 U.S.C. § 1981, (Count I), violated the Sherman Act (15 U.S.C § et seq.) (Count II), and

breached an oral contract (Count III). PEARL RIVER requests additional time to allow it and its counsel to investigate and evaluate the various claims and allegations made by Mr. Hu.

4.  This motion is the first request of PEARL RIVER for an extension of time to answer or otherwise plead. This request is made not to delay the proceedings but rather to allow Defendant PEARL RIVER to respond properly to the allegations in Plaintiff's complaint.

5.  Counsel for PEARL RIVER, David King, spoke with Mr. Hu on April 30, 2008 and Mr. Hu agreed to an extension of time to May 27, 2008.

WHEREFORE, Defendant PEARL RIVER PIANO GROUP AMERICA, LTD. respectfully requests that the Court grant its motion for a 28-day extension of time within which to answer or otherwise plead in this case, that is, until May 27, 2008.

Respectfully submitted,

s/ David L. King
One of the Attorneys for Defendant
PEARL RIVER PIANO GROUP AMERICA, LTD.

David L. King, ARDC No. 3128899
Paul E. Kelly, ARDC No. 1437356
M. Kellett McConville, ARDC No. 6290167
KELLY & KING, P.C.
20 North Clark Street, Suite 2900
Chicago, Illinois 60602
312-553-5290
(Fax) 312-553-5291

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| YAODI HU, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 08 CV 1032 |
| | ) |
| PEARL RIVER PIANO, USA, | ) Judge Holderman |
| AL RICH and BOB SAARI, | ) Magistrate Judge Cox |
| | ) |
| Defendants. | ) |

**CERTIFICATE OF SERVICE**

It is hereby certified that David L. King, an attorney, served a copy of the foregoing DEFENDANT PEARL RIVER PIANO GROUP AMERICA, LTD.'S AGREED MOTION FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD via Federal Express to:

Yaodi Hu
219 W. Cermak
Chicago, IL 60616

on April 30, 2008 prior to 5:00 p.m.

s/ David L. King
One of the Attorneys for Defendant
PEARL RIVER PIANO GROUP AMERICA, LTD.

David L. King, ARDC No. 3128899
Paul E. Kelly, ARDC No. 1437356
M. Kellett McConville, ARDC No. 6290167
KELLY & KING, P.C.
20 North Clark Street, Suite 2900
Chicago, Illinois 60602
312-553-5290
(Fax) 312-553-5291