UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

YAODI HU,                                    )
                                             )
            Plaintiff,                       )
                                             )
      v.                                     )        Case No. 08 CV 1032
                                             )
PEARL RIVER PIANO, USA,                      )        Judge Holderman
AL RICH and BOB SAARI,                       )        Magistrate Judge Cox
                                             )
            Defendants.                      )

### NOTICE OF AGREED MOTION

TO:    Yaodi Hu
       219 W. Cermak
       Chicago, IL 60616

       PLEASE TAKE NOTICE that on the **6th day of May, 2008, at 9:00 a.m.**, or as soon thereafter as counsel may be heard, I shall appear before the **Honorable James F. Holderman** or whomever may be sitting in his stead, in **Room 2541** in the U.S. District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn, Chicago, Illinois 60604, and shall then and there present the attached:

**DEFENDANT PEARL RIVER PIANO GROUP AMERICA, LTD.'S AGREED MOTION FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD**

A copy of which is hereby served upon you on April 30, 2008.

                                   KELLY & KING, P.C.


                                   s/ David L. King
                                   One of the Attorneys for Defendant
                                   PEARL RIVER PIANO GROUP AMERICA, LTD.


David L. King, ARDC No. 3128899
Paul E. Kelly, ARDC No. 1437356
M. Kellett McConville, ARDC No. 6290167
KELLY & KING, P.C.
20 North Clark Street, Suite 2900
Chicago, Illinois 60602
312-553-5290

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| YAODI HU, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 08 CV 1032 |
| | ) | |
| PEARL RIVER PIANO, USA, | ) | Judge Holderman |
| AL RICH and BOB SAARI, | ) | Magistrate Judge Cox |
| | ) | |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

It is hereby certified that David L. King, an attorney, served a copy of the foregoing:

NOTICE OF AGREED MOTION via Federal Express to:

> Yaodi Hu
> 219 W. Cermak
> Chicago, IL 60616

on April 30, 2008  prior to 5:00 p.m.

> s/ David L. King
> One of the Attorneys for Defendant
> PEARL RIVER PIANO GROUP AMERICA, LTD.

David L. King, ARDC No. 3128899
Paul E. Kelly, ARDC No. 1437356
M. Kellett McConville, ARDC No. 6290167
KELLY & KING, P.C.
20 North Clark Street, Suite 2900
Chicago, Illinois 60602
312-553-5290
(Fax) 312-553-5291