UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| YAODI HU | ) | |
| | ) | |
| Plaintiffs | ) | Judge Holderman |
| | ) | |
| vs | ) | Jury demand |
| | ) | |
| Pearl River Piano USA, | ) | damage claim: $500,000 |
| Al Rich and Bob Saari, | ) | |
| | ) | Magistrate Judge Cox |
| Defendants | ) | Case No.  08 cv 1032 |

# Response to Motion to Extend Time

1. Plaintiff already agreed to Defendant's Motion to extend time orally.  This is to confirm this agreement in writing.
2. Plaintiff also would like to seek settlement conference before Defendant incurring cost filing motion to dismiss.


Yaodi Hu    219 w. Cermak Chicago IL 60616        773 216 3173



Signature:   Yaodi hu

1