UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| YAODI HU | ) | |
| | ) | |
| Plaintiffs | ) | Judge Holderman |
| | ) | |
| vs | ) | Jury demand |
| | ) | |
| Pearl River Piano USA, | ) | damage claim: $500,000 |
| Al Rich and Bob Saari, | ) | |
| | ) | Magistrate Judge Cox |
| Defendants | ) | Case No. 08 cv 1032 |

# Plaintiff Hu's Motion to Strike Status Hearing

1. Plaintiff did not receive the minute order by this Court entered on May 6, 2008.
2. Plaintiff did receive the filing of the Answer by defendant Pearl River Piano on May 27, 2008.
3. Plaintiff on June 10, 2008 conferred with defendant's counsel and was informed of the status hearing.  Plaintiff informed defendant's counsel that a Motion to strike status hearing will be filed.
4. Plaintiff already arranged a trip for Boston for about a week starting Wednesday, June 11, 2008.
5. Plaintiff discussed the issue of joint status report, Rule 26 disclosure and possible settlement with defendant Pearl River.   Plaintiff also will meet defense counsel as soon as he comes back from the trip.   Both agree to work on the joint status report.
6. Plaintiff respectfully moves this Court striking June 12, 2008 status hearing.
7. Plaintiff will be available after June 23, 2008.

Yaodi Hu    219 w. Cermak Chicago IL 60616        773 216 3173


Signature:   Yaodi hu

1