# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Yaodi Hu
                          Plaintiff,

v.                                                      Case No.: 1:08−cv−01032
                                                      Honorable James F. Holderman

Pearl River Piano USA, et al.
                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 12, 2008:

      MINUTE entry before the Honorable James F. Holderman: Plaintiff Hu's motion to strike status hearing [15] is granted and the status hearing date of 6/12/2008 is stricken. Status hearing is reset for 6/26/2008 at 9:00 AM. Mailed notice (am)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.