# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Yaodi Hu

                                        Plaintiff,

v.                                                               Case No.: 1:08−cv−01032
                                                                  Honorable James F. Holderman

Pearl River Piano USA, et al.

                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 26, 2008:

      MINUTE entry before the Honorable James F. Holderman: Status hearing held on 6/26/2008 and is continued for 7/15/2008 at 9:00 AM; plaintiff appears after the court's call. Parties are to meet and prepare Form 35 for filing by 7/8/2008. Plaintiff is requested and ordered to appear at the status hearing on 7/15/2008. Mailed notice (am)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.