UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| YAODI HU, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 08 CV 1032 |
| | ) | |
| v. | ) | Judge Holderman |
| | ) | Magistrate Judge Cox |
| PEARL RIVER PIANO, USA, | ) | |
| AL RICH and BOB SAARI, | ) | |
| | ) | |
| Defendants. | ) | |

### REPORT OF PARTIES PLANNING MEETING

Plaintiff Yaodi Hu and Defendant Pearl River Piano Group America, Ltd., incorrectly sued as Pearl River Piano, USA, (hereinafter referred to as "Pearl River") hereby submit this Report of Parties Planning Meeting.

1. **Pursuant to Fed.R.Civ.P.26(f)**, a meeting was held via teleconference on July 7, 2008, and was attended by:

   Yaodi Hu for Plaintiff, Yaodi Hu
   David L. King for Defendant, Pearl River

2. **Pre-Discovery Disclosures.** The parties have exchanged the information required by Fed.R.Civ.P.26(a)(1).

3. **Discovery Plan.** The parties jointly propose to the court the following discovery plan:

   **Discovery will be needed on the following subjects:**

   The alleged contracts or agreements (oral or written) between Yaodi Hu and Pearl River, the business relationship between Mr. Hu and Pearl River, the nature of the business transactions between Plaintiff and Pearl River, the specific dates and substance of conversations and actions alleged in the Complaint, the Plaintiff's purchase and sale of pianos from Pearl River and other entities, the Plaintiff's work in the piano business, the Plaintiff's claims of racial discrimination, the alleged violation of the Sherman Act, the Plaintiff's claims of lost profits and

other damages, the customs and practices in the piano business, and the nature of the alleged agreement and/or relationship between Pearl River and Angelo.

**All discovery commenced in time to be completed by:** April 1, 2009.

**Maximum of 50 interrogatories by each party to any other party.**

**Maximum of 50 requests for admission by each party to any other party.**

**Maximum of 10 depositions by Plaintiff and 10 by Defendant.**
Each deposition other than of parties limited to maximum of 3 hours unless extended by agreement of parties.

**Reports from retained experts under Rule 26(a)(2) due:**
from Plaintiff Yaodi Hu by February 1, 2009
from Defendant Pearl River by March 1, 2009

**Supplementations under Rule 26(e) due:** March 1, 2009.

4. **Other items:**

    **The parties do not request a conference with the court before entry of the scheduling order.**

    **The parties request a pretrial conference** in January of 2009.

    **Plaintiff should be allowed until October 31, 2008 to join additional parties and until February 1, 2009 to amend the pleadings.**

    **Defendant should be allowed until October 31, 2008 to join additional parties and until March 1, 2009 to amend the pleadings.**

    **All potentially dispositive motions should be filed by May 1, 2009.**

    **Settlement cannot be evaluated until January of 2009.**

    **Final lists of witnesses and exhibits under Rule 26(a)(3) should be due:**
    from Plaintiff Yaodi Hu by July 15, 2009
    from Defendant Pearl River by July 30, 2009

    **Parties should have 21 days after service of final lists of witnesses and exhibits to list objections under Rule 26(a)(3).**

    **The case should be ready for trial by** September 1, 2009.

In the event that any party believes that more than 50 interrogatories or requests to admit are needed, the party may request leave of Court to submit additional interrogatories and requests.

Dated: July 8, 2008

| YAODI HU | PEARL RIVER PIANO GROUP AMERICA, LTD. |
|---|---|
| By: s/Yaodi Hu | By: s/David L. King<br>One of the attorneys for Defendant<br>PEARL RIVER PIANO GROUP AMERICA, LTD. |
| Yaodi Hu<br>218 W. Cermak<br>Chicago, IL 60616<br>(773) 216-3173 | David L. King, ARDC No. 3128899<br>Paul E. Kelly, ARDC No. 1437356<br>M. Kellett McConville, ARDC No. 6290167<br>20 North Clark Street, Suite 2900<br>Chicago, Illinois 60602<br>312-553-5290<br>(Fax) 312-553-5291 |