UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division

Yaodi Hu
                Plaintiff,

v.                                           Case No.: 1:08−cv−01032
                                                  Honorable James F. Holderman

Pearl River Piano USA, et al.
                Defendant.

## ORDER REFERRING A CIVIL CASE TO THE
## DESIGNATED MAGISTRATE JUDGE

     Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Magistrate Judge Honorable Susan E. Cox for the purpose of holding proceedings related to: discovery disputes and settlement conference. (am) Mailed notice.

Dated: July 15, 2008

                                                                   /s/ James F. Holderman

                                                                   United States District Judge