UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Yaodi Hu

                         Plaintiff,

v.                                               Case No.: 1:08−cv−01032
                                                      Honorable James F. Holderman

Pearl River Piano USA, et al.

                         Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, July 23, 2008:

       MINUTE entry before the Honorable Susan E. Cox: Initial status hearing set for 8/15/08 at 9:30 a.m. in Courtroom 1342. The parties are to file an initial status report by 8/12/08. The parties are to review and comply with The Order Setting Initial Status Report for Cases Assigned to Judge Cox and the Standing Order Setting Settlement Conference which are available in chambers or through Judge Cox's web page at www.ilnd.uscourts.gov. A settlement conference is set for 4/1/09 at 1:30 p.m. Plaintiff shall deliver or fax copies of the most recent settlement demands and offers at least (5) business days before the conference. Mailed notice(vkd, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.