AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Yaodi Hu

CASE NUMBER: 08 cv 1032

V.

ASSIGNED JUDGE: Holderman

Pearl River Piano U.S.A.
Al Rich and Bob Saari

DESIGNATED MAGISTRATE JUDGE: Cox

TO: (Name and address of Defendant)

Al Rich,

5400 Lawrenceville Highway, Suite B1 & 2, Lilburn, Georgia

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Yaodi Hu

219 w. Cermak Chicago IL 60616

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue box appears, be sure to uncheck the Annotations option.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

JUL 2 1 2008

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 8-1-08 |
| NAME OF SERVER (PRINT) Yessenia Martinez | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

 Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): (Chinatown) US Post Office Mailed to A1 Rich, 5400 Lawrenceville Hwy, Suite B#2, Lilburn, GA 30047

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8-1-08
             Date

Signature of Server: *Yessenia Martinez*

Address of Server: 219 W Cermak, Chicago, IL 60616

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.