AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Yaodi Hu

V.

Pearl River Piano U.S.A.
Al Rich, Bob Saari

CASE NUMBER: 08 cv 1032

ASSIGNED JUDGE: Holderman

DESIGNATED
MAGISTRATE JUDGE: Cox

TO: (Name and address of Defendant)

Bob Saari
107 E. Concord Drive, Lebanon, Ohio 45036

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Yaodi Hu
219 w. Cermak Chicago IL 60616

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue box appears, be sure to uncheck the Annotations option.

MICHAEL W. DOBBINS, CLERK

_____
(By) DEPUTY CLERK

JUL 2 1 2008
DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 8-1-08 |
| NAME OF SERVER (PRINT) | TITLE |
| Yessenia Martinez | Secretary |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: US Post Office

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): US Post Office (Chinatown). Mailed to Bob Saari - 107 E Concord Dr, Lebanon OH 45036

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8-1-08
           Date          Signature of Server

           319 W Cermak Rd, Chicago, IL 60616
           Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.