UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

YAODI HU,                          )
                                   )
            Plaintiff,             )        Case No. 08 CV 1032
                                   )
     v.                            )        Judge Holderman
                                   )        Magistrate Judge Cox
PEARL RIVER PIANO, USA,            )
AL RICH and BOB SAARI,             )
                                   )
            Defendants.            )

## JOINT INITIAL STATUS REPORT

Plaintiff Yaodi Hu and Defendant Pearl River Piano Group America, Ltd., incorrectly

sued as Pearl River Piano, USA, (hereinafter referred to as "Pearl River") hereby submit this

Joint Initial Status Report to the Court pursuant to the Court's Case Management Procedures.

The attorneys of record for the parties of record are as follows:

Attorney for Plaintiff: Yaodi Hu (pro se), 218 W. Cermak, Chicago, IL 60616; (773)

216-3173. Attorneys for Defendant Pearl River: David L. King (lead trial attorney), Paul E.

Kelly, M. Kellett McConville, Kelly & King, P.C.; 20 North Clark Street, Suite 2900, Chicago,

IL 60602; (312) 553-5290

(1)    **Nature of Claims and Counterclaims.** Pearl River distributes pianos in the

United States that are manufactured by its parent company in China. Plaintiff Yaodi Hu has filed

a three-count Complaint against Pearl River, Bob Saari, and Al Rich. Plaintiff alleges that he

was awarded a dealership contract to sell Pearl River pianos in the Chicagoland area and

specifically within the Chicagoland Chinese community. Plaintiff claims that the Defendants

improperly terminated the dealership relationship with him. Plaintiff alleges in Count I that his

alleged termination was racially motivated in violation of 42 U.S.C. 1981.  In Count II, Plaintiff

claims the Defendants violated the Sherman Act (15 U.S.C. § 2).  In Count III, the Plaintiff

claims that Defendants breached on an oral contract.  The Defendant Pearl River has filed an

Answer denying all pertinent allegations of liability and has asserted affirmative defenses.  A

copy of the Complaint and Pearl River's Answer and Affirmative Defenses is attached.

Summons has recently issued as to Defendants Al Rich and Bob Saari.  There presently are no

counterclaims or third party complaints.

      **(2)**    **Relief Sought.**    Plaintiff is seeking treble compensatory damages

totaling $500,000, punitive damages in the amount of $5,000,000 and declaratory and injunctive

relief.  (Plaintiff's Complaint, par. 43-44)

      **(3)**    **Matter Referred/Briefing Schedule.**    A copy of the Minute Entry

Referral Order of the Honorable James F. Holderman of July 16, 2008 is attached.  A settlement

conference has been scheduled for April 1, 2009 at 1:30 p.m. There has been no briefing on the

matters referred.  Trial is scheduled for September 28, 2009.

      **(4)**    **Consent.**    The Parties have not consented to trial before the

Magistrate.

      **(5)**    **Settlement.**    The Parties have had preliminary discussions with respect

to a possible resolution but without success.  A settlement conference is scheduled for April 1,

2009.

Dated:  August  12, 2008

YAODI HU

By: s/Yaodi Hu

Yaodi Hu
219 W. Cermak
Chicago, IL 60616
(773) 216-3173

PEARL RIVER PIANO GROUP

By: s/David L. King
One of the attorneys for Defendant
PEARL RIVER PIANO GROUP
David L. King, ARDC No. 3128899
Paul E. Kelly, ARDC No. 1437356
M. Kellett McConville, ARDC No. 6290167
20 North Clark Street, Suite 2900
Chicago, Illinois 60602
312-553-5290 - (Fax) 312-553-5291

## **PROOF OF SERVICE**

I, David L. King, attorney for Defendant PEARL RIVER PIANO GROUP AMERICA, LTD., incorrectly sued as PEARL RIVER PIANO, USA served a copy of the foregoing **JOINT INITIAL STATUS REPORT** to:

Yaodi Hu
219 W. Cermak
Chicago, IL 60616

electronically on August 12, 2008 at or before 5:00 p.m.

s/ David L. King
One of the Attorneys for Defendant
PEARL RIVER PIANO GROUP AMERICA, LTD.

David L. King, ARDC No. 3128899
Paul E. Kelly, ARDC No. 1437356
M. Kellett McConville, ARDC No. 6290167
KELLY & KING, P.C.
20 North Clark Street, Suite 2900
Chicago, Illinois 60602
312-553-5290
(Fax) 312-553-5291

3